UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM B. COBB | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-cv-00557 |
| | ) |
| G&G MOTORSPORTS, COLDWELL | ) |
| BANKER GUNDAKER, DANIEL FRYE, | ) |
| UNITED STATES AUTO CLUB INC., | ) |
| and  NRT MISSOURI LLC. | ) |
| | ) |
| Defendant(s). | ) |

### PLAINTIFF'S EXPERT DISCLOSURES PURSUANT TO FRCP RULE 26

COMES NOW the Plaintiff, ADAM B. COBB, by his attorneys of record, BLUNT SLOCOMB, LTD., pursuant to the Federal Rules of Civil Procedure and local rules of the Southern District of Illinois, and provides Plaintiff's Expert Disclosures Pursuant to FRCP Rule 26:

Plaintiff reserves the right to call the following witnesses in accordance with FRCP Rule 26:

- **John H. Oates:**
  Attached as Exhibit 1 is Mr. Oates's Curriculum Vitae which includes his qualifications as well as a list of all publications he has authored in the previous 10 years.  Attached as Exhibit 2 is a statement of all of Mr. Oates's opinions regarding this matter at this time and the basis and reasons for them, as well as the facts and data considered by him in forming them. As investigation is ongoing, Plaintiff reserves the right to have Mr. Oates supplement his opinions and information provided regarding all parties to this matter. Mr. Oates is paid for his time spent, a fee of $100 per hour, as well as reimbursed for associated costs.  Mr. Oates has not, during the previous four years, testified as an expert at trial or by deposition.

- **J. Brian Wilson:**
  Attached as Exhibit 3 is Mr. Wilson's Curriculum Vitae which includes his qualifications as well as a list of all publications he has authored in the previous

10 years. Attached as Exhibit 4 is a statement of all of Mr. Wilson's opinions regarding this matter at this time and the basis and reasons for them, as well as the facts and data considered by him in forming them. As investigation is ongoing, Plaintiff reserves the right to have Mr. Wilson supplement his opinions and information provided regarding all parties to this matter. Mr. Wilson is paid for his time spent, a fee of $100 per hour, as well as reimbursed for associated costs. Mr. Wilson has not, during the previous four years, testified as an expert at trial or by deposition.

- **Treating Physicians, Therapists and Medical Providers**
Plaintiff also reserves the right to call and elicit testimony from each of Adam Cobb's treating physicians, therapists and medical providers. These witnesses may testify as regarding Plaintiff's medical condition and injuries diagnosed following the occurrence which forms the subject matter of this litigation including history taken, Plaintiff's subjective symptoms, Plaintiff's objective complaints, all examinations performed, the results of said examination and the significance of said examinations, all radiological and CT studies performed or relied upon, the results of these studies and the significance of said results, diagnosis rendered in Plaintiff's case, basis of diagnosis, course of treatment prescribed, necessity of said treatment, Plaintiff's tolerance and progress of treatment, and Plaintiff's condition on the last date of treatment and prognosis. Furthermore, these witnesses will testify that these conditions were caused by Plaintiff's work at Tri-City Speedway and specifically the incident on our about October 1, 2010, and these conditions were competent producers of pain and injuries both disabling in nature. These witnesses will also testify that these injuries caused the Plaintiff to be disabled for a period of time and will testify that Plaintiff will suffer continued pain and permanent disability. They will testify that the treatment rendered was reasonable and necessary to attempt to cure the Plaintiff from his condition. Their basis for their opinions will be their care and treatment of the Plaintiff, the medical records reviewed, the history take and their training and experience as a licensed medical physicians, therapists and medical providers, and as further set forth in the medical records and reports, produced to Defendants or obtained by Defendant via subpoena or authorization. These witnesses will testify regarding not only the care and treatment of Mr. Cobb, but also to proximate cause, nature and duration of the injury, past and future medical, past and future disability, prognosis, past and future pain and suffering, reasonableness of medical care and the cost thereof, as well as any other relevant opinion based on a reasonable degree of medical certainty.

As investigation is ongoing, Plaintiff reserves the right to have all witnesses supplement their opinions and information provided regarding all parties to this matter, as well as disclose additional expert witnesses.

Respectfully submitted,

BLUNT SLOCOMB, LTD.

/s/ David L. Blunt

David L. Blunt #0237477
Paul T. Slocomb #6226129
Blunt Slocomb, Ltd.
60 Edwardsville Professional Park
P.O. Box 373
Edwardsville, IL 62025
618-656-7744
618-656-7849 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true copy of the foregoing document, Plaintiff's Expert Disclosures Pursuant to FRCP Rule 26, to be served upon:

> Mr. Joel D. Groenewold
> Kopka, Pinkus, Dolin & Eads, LLC
> 200 N. LaSalle St., Ste 2850
> Chicago, IL 60601
> Attorney for Defendants G&G Motorsports, Coldwell Banker Gundaker, NRT Missouri, and USAC
>
> Mr. Thomas E. Fagan
> 720 Olive Street, Suite 2020
> St. Louis, MO 63101
> fagan@wuestlingandjames.com
> Attorney for Defendant Daniel Frye

by causing the same to be electronically filed with the court on this 30th day of November, 2012.

/s/ David L. Blunt
David L. Blunt