# John H. Oates

79 Bushy Hill Road, Granby, Connecticut 06035
860-653-0754
jhoates@cox.net

**PROFESSIONAL EXPERIENCE**

**East Hartford Fire Department, East Hartford, Connecticut**

Fire Chief, October 2008 - Present

Hired in 2008 to lead busy full-service 130 member fire department providing fire, advanced life support (ALS) medical and technician level hazardous materials response services to community of 50,000 residents. Significant accomplishments to date include:

- Developed a strong and cooperative labor-management relationship that lead to successful negotiation of contract concessions for FY 2009-2010 budget.

- Increased emphasis on member health and wellness including enhanced medical physicals which lead to a projected cost savings of $500,000 in the first year.

- Detailed focus on systems and procedures to increase revenue from billing for ALS services. Increased revenue more than XX percent over the previous two years.

- Successfully wrote justification for ARRA Fire Station Construction Grant which lead to the only grant award in Connecticut. Construction currently under way on first LEED Silver Certified fire station in state.

- Created and fostered an open environment leading to increased member participation leading to better communication and an engaged workforce.

- Created and assisted in delivery of training program for newly promoted fire officers. Creating department culture orientation tool for new firefighter/paramedics and knowledge management program to increase retention of organizational historical knowledge.

- Appointed Deputy Commander, Connecticut Region III Incident Management Team (FEMA Type 3). Team Commander for successful deployments to Kleen Energy Plant Explosion and others.

- Instituted financial controls to monitor and control spending. Initiated performance measure development and tracking.

- Maintained service level and organizational staffing level in zero-growth environment.

- Successfully managed largest fire in the history of community (George Street Furniture warehouse) with zero injuries to responders or citizens.

**West Hartford Fire Department, W. Hartford Connecticut**

Battalion Chief, 2000-November 2008
Acting Assistant Chief, January-March, 2004
Lieutenant, 1995-2000
Apparatus operator, 1993-1995
Firefighter, 1988-1993

- Lead an on-duty shift of 20 members providing skilled fire, EMS, and hazmat response to a community of 60,000 residents.

- Directly responsible for the development and mentoring of Fire Lieutenants assigned to shift.

- Developed program to monitor employee sick time use which, when coupled with other initiatives, resulted in a 25% reduction in sick leave use.

- Act as primary trainer on shift and responsible for development of department training programs. Responsible for delivery and development of multiple programs each year. Accountable for training performance measures of officers assigned to shift.

- Selected by Fire Chief to fill vacant Assistant Chief position in 2004. Developed personal protective clothing maintenance and testing procedure and acted as lead fire investigator at several incidents prior to position being fiscally eliminated.

- Awarded the department's second highest award, the Bronze Star (2004) and twice awarded Certificate of Commendation (2004, 2005) for performance at emergency incidents.

- Appointed to the Joint Labor/Management Health and Safety Committee since 1997. Tasked with research and development of new safety technologies and procedures. Co-Created research package that lead to award of 2005 Assistance to Firefighter's Grant for diesel exhaust extraction systems. Formalized wear test system for new product evaluation.

**Town of Granby Fire Marshal's Office, Granby Connecticut**

Fire Marshal, 1992-2004
Deputy Fire Marshal 1991-1992, 2004 to present

- Retooled dormant office by increasing budgetary commitment and staff.

- Increased the number completed Fire Safety Code inspections by 20 % each year.

- Through building owner and contractor education and personal persuasion, increased the number of fire sprinkler protected buildings by 400 percent.

- Acted as liaison to Planning and Zoning Commission for matters of fire protection; contributed to master planning process for a specific remote section of town.

- Completed plan review and project inspection services for concurrent municipal projects that included a new High School, Senior Center, Police Station, and Board of Education office building.

**Connecticut Fire Academy, Windsor Locks, Connecticut**

Instructor, 1994- present

- Initiated and completed curriculum review and rewrite for Fire Officer I certification program in 2005.

- Deliver didactic and manipulative skills training to career and volunteer firefighters throughout State of Connecticut.

- Lead several Fire Officer Certification classes with 98 percent certification exam pass rate.

- Coordinated instructor assignment and program management for Arson Grant program.

- Certified Swede Survival Systems Flashover Instructor.

## **EDUCATION & PROFESSIONAL DEVLOPMENT**

| | |
|---|---|
| Expected 2014 | Candidate, MS in Fire and Emergency Management, Oklahoma State University |
| May, 1988 | Bachelor of Science, Accounting, Franklin Pierce College |
| October, 2007 | Executive Fire Officer Program, National Fire Academy |

| | |
|---|---|
| March, 2004 | National Fire Service Staff and Command, Maryland Fire Rescue Institute |
| 2003 | Weapons of Mass Destruction Incident Management, Anniston AL, 2003 |
| 2008 | NPQB Fire Officer III |

## AFFILIATIONS & LEADERSHIP

| | |
|---|---|
| 2005 to Present | Chair, NFPA 610 Technical Committee. Lead the Committee through two document revisions. Built consensus within a 30-member group representing a diverse constituency. |
| 1999 to Present | Member, NFPA 610 Technical Committee. One of the original members of a national consensus committee to develop a guideline for safety at motorsports venues.  Lead the Task Group on Protective Clothing; member of document draft Task Group. |
| 1995-2002 | Technical Editor, Trackside Magazine.  Researched and wrote a series of articles related to safety in motorsports. Managed product testing and development program. Responsible for a project that constructed a DIRT Modified Stock Car. |
| 2002- Present | Investor in a Western New York DIRT Modified Race Team. Attend 20-40 race events per year, each year. |
| 2008 to Present | Program Presenter, International Motorsports Industry Safety Symposium, Indianapolis, Indiana. Presented a lecture each year on a variety of topics including the NFPA 610 Guide, and Personal Protective Clothing for Motorsports Safety Workers. |
| 2007 to Present | Track Safety Worker, Rockingham Speedway, Rockingham, NC. |
| 2010 to Present | Command Team Member, Grandstand EMS, Speedway Safety Services, New Hampshire Motor Speedway. |
| 2004-2008 | Writer, National Fire Rescue Magazine. |
| 1995 | Program Presenter, Fire Department Instructors Conference (FDIC). |
| 1983-1995 | Member, Granby Ambulance Association. |
| 1988-1991 | Director, Granby Ambulance Association. |

## **PUBLICATIONS**

Publications have appeared in:

- Fire Engineering Magazine

- National Fire/Rescue Magazine (no longer in publication)

- Trackside Magazine (no longer in publication)

- Area Auto Racing News

- Authored a White Paper of Firefighter's Response to Violent Incidents. This work was contracted by, and is the property of, the National Fallen Firefighters Foundation.