

November 29, 2012

David L. Blunt, Esq/Blunt Slocomb, Ltd
60 Edwardsville Professional Park
Edwardsville, Illinois 62025

Mr. Blunt,

I have received and reviewed the documents provided relative to Adam Cobb v. G & G Motorsports et al. This review included the following documents: Plaintiff's Third Amended Complaint; Defendant's Answer to Plaintiff's Third Amended Complaint; Defendant USAC's Answers to Plaintiff's Interrogatories; a 'Motorsports Incident Report' prepared by Tammy Gundaker; Tri-City Speedway 2010 Weekly Racing Rules; United States Auto Club 2010 Rule Book, 2009 Edition of the National Fire Protection Association 610: Guide for Emergency And Safety Operations at Motorsports Venues, G&G Motorsports Response to Plaintiff's Requests for Production; Defendant G&G Motorsports Answers to Plaintiff's Interrogatories; Depositions of: Adam Cobb, Kevin Gundaker, Tammy Gundaker, Jason Smith, Jeff Hodges, Josh Jordan, Darren Kingston, and Jason McCord; Witness statements of Terry Wells, Jeffrey Hodges, and Joshua Jordan.

Subsequent to a review of these materials, I conclude, to a reasonable degree of certainty, in light of industry standards and based on my experience, education, and background in fire and racetrack safety, that the defendants have breached their duty to Adam Cobb in the following ways:

For Defendant G&G Motorsports:

- Failed to ensure proper safety procedures were in place pursuant to NFPA 610, Defendant Tri-City Speedway's Racing Rules, and Defendant USAC's Rule Book.
- Failed to train plaintiff in any safety procedures pursuant to NFPA 610, Defendant Tri-City Speedway's Racing Rules, and Defendant USAC's Rule Book.
- Failed to provide plaintiff with reasonably safe tools and equipment.
- Failed to provide plaintiff with proper personal protective equipment. This includes, but is not limited to, head, garment, hand, and foot protection.
- Failed to provide plaintiff with clothing of a high visibility nature
- Failed to create, have, and use a facility or event Emergency Action Plan
- Failed to display the proper safety signal (red flag or light) at the time of the incident.
- Failed to warn plaintiff on the dangers of entering the track under a 'yellow' condition.
- Failed to ensure the correct 'red' flag and signals were displayed at time of incident.
- Had notice of the above mentioned conditions and failed to correct them.
- Failed to warn the Plaintiff of the dangers posed by the above mentioned conditions.

For Defendant USAC:

- Failed to ensure proper safety procedures were in place and followed pursuant to NFPA 610, Defendant Tri-City Speedway's Racing Rules, and Defendant USAC's Rule Book.
- Failed to properly train/instruct/supervise their employee who was responsible for flagging the event.
- Failed to display a red flag at the moment of the incident, i.e. the initial fire of the racecar.
- Failed to reasonably inspect the speedway to ensure proper safety procedures were in place and were enforced by Defendant G&G Motorsports.
- Failed to advise the other defendants that the safety procedures in place were inadequate and demand changes in order to protect competitors, workers, and spectators.
- Failed to review the training of workers tasked with response to emergencies.
- Failed to inspect the safety equipment and clothing used by safety workers.
- Failed to provide or otherwise require other defendants to provide Plaintiff with proper personal protective clothing.
- Failed to follow its own safety policy which requires 'assure the safest possible conditions for participants in all USAC sanctioned events."
- Failed to conduct an adequate safety briefing by the Chief Steward and Director of Competition.
- Had an awareness of the danger of these violations and failed to take appropriate corrective action.
- Failed to warn plaintiff of the dangers posed by the aforementioned conditions.

The foregoing represents a thorough review of the provided documents. It is likely that further review of additional information as it comes available will lead to further opinions. Specifically, it is my understanding that further depositions of USAC officials as well as the driver of the car that struck Mr. Cobb are to be taken within the next few weeks.

Please let me know should you need additional information, clarification, or detail.

Sincerely,

John H. Oates
RaceResq, Inc.