James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

## EDUCATION

*Southern Illinois University, Carbondale, IL*
**BS Fire Science Management (Cum Laude)** **2005**
71 Semester Hours

*University of Georgia, Athens, GA*
**Certificate of Local Government Management** **2004**
150 Curriculum Hours and Community Service Project (Fundraiser)

*College of Lake County, Grayslake, IL*
**AAS Fire Science Technology** **1998**
69 Semester Hours

## FIRE SERVICE TRAINING

- Mutual Aid Box Alarm System / Illinois Terrorism Task Force Conference 2011
  Certificate of Attendance – 16 Hours

- NIMS – 701 Multi-agency Coordination System 2011
  Independent Study / Internet

- NIMS – 702 Public Information Systems 2011
  Independent Study / Internet

- NIMS – 703 Resource Management Course 2011
  Independent Study / Internet

- NIMS – 704 Communications & Information Management 2011
  Independent Study / Internet

- Madison County Sever Weather Table Top Exercise 2010
  Certificate of Participation – 8 Hours

- Mutual Aid Box Alarm System / Illinois Terrorism Task Force Conference 2010
  Certificate of Attendance – 16 Hours

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

- Critical Thinking & Analytical Methods     2009
  Department of Homeland Security – 40 Hours

- Mutual Aid Box Alarm System / Illinois Terrorism Task Force Conference     2009
  Certificate of Attendance – 16 Hours

- Mutual Aid Box Alarm System / Illinois Terrorism Task Force Conference     2007
  Certificate of Attendance – 16 Hours

- Chief Officer's Focus for the 21st Century     2007
  Office of the State Fire Marshal Certificate of Completion – 16 Hours

- Mutual Aid Box Alarm System / Illinois Terrorism Task Force Conference     2006
  Certificate of Attendance – 16 Hours

- Public Relations Course     2006
  Illinois Fire Chief's Association, Education and Research Foundation – 16 Hours

- Organizational Culture / Managing Meetings     2006
  Illinois Fire Chief's Association, Education and Research Foundation – 16 Hours

- National Incident Management System – Command and General Staff     2005
  Illinois Fire Service institute – 48 Hours

- NIMS - 700 Introduction to the National Incident Management System     2005
  Independent Study / Internet

- NIMS – 800 National Response Framework     2005
  Independent Study / Internet

- NIMS 100 – Introduction to the Incident Command System     2005
  Independent Study / Internet

- NIMS – 200 Single Resource & Initial Action Incidents     2005
  Independent Study / Internet

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

- Advanced Basic Trauma Life Support – Anderson Hospital     2005
Certificate of Participation – 16 Hours

- Chief Officer's Focus for the 21st Century     2005
Office of the State Fire Marshal Certificate of Completion – 16 Hours

- Weapons of Mass Destruction – Terrorism Awareness for Emergency Responders     2004
National Emergency Response & Rescue Training Center – 8 Hours

- Incident Management / Unified Command for Weapons of Mass Destruction / Terrorism Incidents     2004
Georgia Emergency Management Agency – 32 Hours

- Executive Development Training     2003
Georgia Association of Fire Chiefs – 20 Hours

- Emergency Operations Coordination     2003
Atlanta – Fulton County Emergency Management Agency – 8 Hours

- Emergency Response to Terrorism: Basic Concepts     1998
National Fire Academy – 8 Hours

- Incident Safety Officer     1997
National Fire Academy Course – 12 Hours

- Team Power Seminar     1996
Lake Forest Graduate School of Management – 8 Hours

- Firefighter Safety and Survival     1996
National Fire Academy Course – 12 Hours

- Fire Investigation: Basics and Beyond     1995
Fire Investigator's Strike Force – 24 Hours

- Pathways to Customer Satisfaction     1995
Lake Forest Graduate School of Management – 8 Hours

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

- Hazardous Materials Incident Command System     1995
  Illinois Fire Service Institute – 16 Hours

- Death Investigation After the Fire     1994
  Fire Investigator's Strike Force – 8 Hours

- Interviewing and Selection Skills     1994
  Lake Forest Graduate School of Management – 16 Hours

- Mass Casualty and Disaster Management     1994
  Illinois Department of Public Health – 6.5 Hours

- Electrical Fires – Exploding the Myths     1993
  Fire Investigator's Strike Force – 8 Hours

- Midwest National Hazardous Materials Response Conference     1991
  24 Hours

- Midwest National Hazardous Materials Response Conference     1990
  24 Hours

- AMOCO Side Kick Program     1990
  8 Hours

- Computer Aided Management of Emergency Operations     1989
  National Safety Council – 8 Hours

- Arson Investigation Seminar     1989
  Northwestern University Traffic Institute – 40 Hours

- Hazardous Materials Response Team – Training Modules I & II     1988
  Lake County Fire Chief's Association – 80 Hours
- Management of Hazardous Materials Emergencies     1987
  Lake County Fire Chief's Association – 16 Hours

- Fundamentals Course for Radiological Monitors     1985
  Illinois Emergency Service and Disaster Agency – 8 Hours (Now IEMA)

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

- The Pesticide Challenge                                                                          1985
  National Fire Academy Course – 8 Hours

- The Related Science of Fire Investigation Seminar                         1985
  R. Schwarz & Associates – 40 Hours

- Recognizing and Identifying Hazardous Materials                         1985
  National Fire Academy Course – 8 Hours

- Residential Inspection – New and Remodeling                              1984
  University of Wisconsin – Extension – 40 Hours

- Fire Protection Inspection                                                                      1983
  Triton College – 7 Hours

- Sprinkler Plan Review                                                                            1983
  Triton College – 7 Hours

- Fire Ground Commander                                                                      1983
  Northwest Regional Training Committee – 16 Hours

- Basic Electrocardiography                                                                    1983
  College of Lake County – 8 Hours

- Mobile Breathing Apparatus Training Laboratory                         1982
  Illinois Fire Service Institute – 8 Hours

- Fire Protection Systems                                                                        1981
  Lake County Fireman's Association – 16 Hours

- Emergency Rescue Technician                                                          1980
  Illinois Department of Transportation – 16 Hours

- Auto Extrication                                                                                       1980
  Emergency Squad Training Institute – 16 Hours

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

- Advanced Driver Education                                                                                          1979
  Illinois Department of Transportation and Eastern Illinois University – 8 Hours

## FIRE SERVICE CERTIFICATIONS

- Fire Officer III – (Classes, Work Experience and Job Duties)                        2006
  Office of the State Fire Marshal Certification – Illinois

- Fire Chief Certification – 660 Hours (Cumulative / Career)                            2003
  Georgia Public Safety Training Center

- Fire Officer II – 160 Hours (4 Classes)                                                               1997
  Office of the State Fire Marshal Certification – Illinois

- Rescue Specialist / Confined Space / Trench Awareness   (16 Hours plus Exam)     1997
  Office of the State Fire Marshal Certification – Illinois

- Fire Service Instructor II  - 40 Hours plus Exam                                            1996
  Office of the State Fire Marshal Certification – Illinois

- Hazardous Materials II (Technician) 40 Hours                                              1989
  Office of the State Fire Marshal Certification – Illinois

- Hazardous Materials I (Awareness) 40 Hours                                              1988
  Office of the State Fire Marshal Certification – Illinois

- Fire Officer I – 200 Hours (5 Classes)                                                             1988
  Office of the State Fire Marshal Certification – Illinois

- Fire Investigator – 80 Hours plus Exam                                                         1987
  Office of the State Fire Marshal Certification – Illinois

- Building Inspector - Exam                                                                                 1985
  Building Officials and Code Administrators International, Inc.

- Fire Apparatus Engineer - 40 Hours plus Exam                                           1983
  Office of the State Fire Marshal Certification – Illinois

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

- Fire Prevention Inspector  - 280 Hours plus Exam                                       1982
  Office of the State Fire Marshal Certification – Illinois

- Advanced Certified Fire Fighter III                                                                 1982
  Office of the State Fire Marshal Certification – Illinois

- Basic Instructor I – 40 Classroom Hours plus Exam                                     1981
  Office of the State Fire Marshal Certification – Illinois

- Emergency Medical Technician – Paramedic                                              1980
  Illinois Department of Public Health – @ 240 Classroom Hours, @ 100 Clinical Hours, State Exam

- Fire Fighter II – 240 Hours plus Exam                                                            1979
  Office of the State Fire Marshal Certification – Illinois

- Emergency Medical Technician – Basic                                                        1976
  Illinois Department of Public Health – 81 Hours plus Exam

AUTO RACING SAFETY TRAINER EDUCATION

**NASCAR Safety Trainer Update – 8 Hours**                                              **2009**
NASCAR Safety and Security Summit, Concord, NC

**NASCAR Train the Safety Trainer Course – 40 Hours**                          **2008**
NASCAR Research and Development Center, Concord, NC

AUTO RACING SAFETY TRAINING PROVIDED

**Milwaukee Mile Speedway, West Allis, WI**                                            **2009**
Instructor / Trainer – Race Safety (16 Hours)

**Gateway International Raceway, Madison, IL**                                       **2009**
Instructor / Trainer – Race Safety (16 Hours)

**Nashville Superspeedway. Lebanon, TN**                                                **2008**
Instructor / Trainer (16 Hours)

**Gateway International Raceway, Madison, IL**                                       **2008**
Instructor / Trainer – Race Safety (16 Hours)

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

**Mansfield Motorsports Park, Mansfield, OH**  2008
Instructor / Trainer (16 Hours)

PROFESSIONAL ACTIVITIES / MEMBERSHIPS

- International Association of Fire Chiefs  1999 – Present
- Illinois Professional Firefighter's Association  1980 – Present
- All Hazards Incident Management Team for Illinois  2005 – 2012
- Illinois Fire Chief's Association  2004 – 2010
    o Director  2006 – 2010
- Madison County Fire Chief's Association  2004 – 2010
    o Chairman  2006 – 2010
- Mutual Aid Box Alarm System, Division 35  2004 - 2010
    o President  2006 – 2010
- Madison County Hazardous Materials Team Steering Committee  2006 – 2010
- Madison County Hazardous Materials Response Team  2006 – 2010
- Georgia Association of Fire Chiefs  2001 – 2004
- Atlanta Metropolitan Fire Chief's Association  2001 – 2004
- Lake Forest Fire Department
    o Chair – Department Safety Committee  1991 – 2001
    o Divemaster – Dive Rescue Team  1992 – 1994
- City of Lake Forest Executive Safety Committee  1991 – 2001
- Lake County Chemical / Biological Team  1999 – 2001
- Fire Investigator's Strike Force  2001 – 2004
- Chair, Joint Department Apparatus Committee  1997 – 1999

James Brian Wilson, Sr.

27 Dunlap Cove Drive, Edwardsville, IL 62025

618-578-0566

Jbrian.wilson.57@gmail.com

HONORS / AWARDS

- 2nd Humanitarian Service Award – Hurricane Deployment, Baton Rouge, LA         2008

- Personal Coin – Adjutant General, Illinois National Guard         2006

- Plaque of Appreciation – Prairie Thunder Readiness Drill,
                    Illinois National Guard         2006

- Humanitarian Service Award – Hurricane Deployment, New Orleans, LA         2005

PUBLICATIONS

- Fire Chief Magazine – "*Heightened Cooperation*", August 1999         1999