J. Brian Wilson, Sr.
27 Dunlap Cove Drive
Edwardsville, Illinois 62025

November 29, 2012

David Blunt, Attorney at Law
Blunt Slocomb, Ltd.
60 Edwardsville Professional Park
P.O. Box 373
Edwardsville, Illinois 62025

Dear Mr. Blunt:

I have reviewed several documents regarding this action, including witness statements and depositions from the individuals involved, case pleadings, National Fire Protection Association (NFPA) 610, *Guide For Emergency And Safety Operations At Motorsports Venues* 2009 Edition, United States Auto Club 2010 Rule Book, Tri-City Speedway 2010 Racing Rules, and videos of the incident. Based upon this review, and to a reasonable degree of certainty per my education, experience and background in the fire service and in motorsports safety, it is my opinion that the defendants of record in this case fell below the auto racing industry standards and therefore, breeched their duty to Adam Cobb in the manners described herein.

Including, but not limited to the following, G & G Motorsports failed to:

- Follow the best practices for motorsports safety workers as detailed in National Fire Protection Association (NFPA) 610, *Guide For Emergency And Safety Operations At Motorsports Venues*, 2009 Edition, United States Auto Club 2010 Rule Book, and Tri-City Speedway 2010 Racing Rules.
- Ensure that all fire safety workers were adequately trained in the duties they were charged with performing during races.
- Provide high visibility, flame retardant clothing for fire safety workers to wear in the course of their duties.
- Provide track safety workers with protective gear, such as gloves, helmets, hearing or eye protection to be worn during the course of their duties.
- Provide a written Emergency Action Plan for track safety workers to follow during racing events.
- Conduct regular safety briefings with all track safety workers prior to racing events.
- Ensure the use of basic command and control practices for track safety workers to follow.
- Ensure that all track safety workers were aware of track signals, what they mean, as well as when and how to safely enter the racetrack to deal with incidents.
- Provide clear direction to track safety workers during responses to on-track incidents.
- Provide dedicated radio channels for track safety workers.
- Correct the aforementioned defects after being made aware of them.

- Make Adam Cobb and the safety crew aware of the aforementioned defects after being made aware of them.

Including, but not limited to the following, USAC failed to:

- Encourage, ensure, or even mandate the use of NFPA 610, as noted above at Tri City Speedway.
- Verify the credentials and training of the fire safety personnel providing fire control duties as they indicated that they do for medical providers.
- Conduct an adequate investigation of the track and racing grounds, safety equipment, clothing and procedures used.
- Require an Emergency Action Plan at Tri City Speedway.
- Conduct pre-race safety briefings for track safety workers.
- Review USAC event procedures with track safety personnel prior to the race. This would include, but not be limited to, flag / signal colors, what to expect under the various flags, as well as when and how to safely access the track during an incident.
- Ensure the use of basic command and control practices for track safety workers to follow.
- Provide clear direction to track safety workers during responses to on-track incidents.
- Display the correct red flag and signals when the incident occurred.
- Assess sanctions or penalties for violations of USAC rules.
- Demand changes in procedures that would protect workers, spectators, and drivers.
- Make Adam Cobb and the safety crew aware of the aforementioned defects after being made aware of them.

As new or additional information becomes available in this case, I will be available to review same and offer additional opinions accordingly. Should you have any questions regarding any of the aforementioned items, please feel free to contact me.

Respectfully submitted,

J. Brian Wilson