# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM B. COBB, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-cv-557-JPG-SCW |
| | ) |
| G&G MOTORSPORTS et al., | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: December 26, 2013          NANCY J. ROSENSTENGEL, Clerk of Court

                                                                 /s/Catina Simpson, Deputy Clerk


Approved:     *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**